COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



§

ALBERTO PENA, § No. 08-16-00236-CR

Appellant, § Appeal from the

v. § 120th District Court

THE STATE OF TEXAS, § of El Paso County, Texas

State. § (TC# 20120D04958)

§

**O R D E R**

The Court GRANTS the Appellant's Reply Brief third motion for extension of time within which to file the Appellant's reply brief until **February 10, 2018**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S REPLY BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Ruben P. Morales, the Appellant's Attorney, prepare the Appellant's reply brief and forward the same to this Court on or before February 10, 2018. This case is scheduled for submission on February 22, 2018. The Court will not consider a request to delay submission based on Appellant's inability to file his reply brief by the deadline.

IT IS SO ORDERED this 16th day of January, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez, and Palafox, JJ.